**DISMISS and Opinion Filed August 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00729-CV**

**E. HENRY HARMON, Appellant**
**V.**
**NATIONSTAR MORTGAGE/MR. COOPER LLC, GREENPOINT MORTGAGE FUNDING INC., AND U.S. BANK NATIONAL ASSOCIATION, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04644**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant's filing fee, docketing statement, and brief in this case are overdue. By postcard dated June 21, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 21, 2019, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By postcard dated August 13, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.

To date, appellant has not paid the filing fee, filed his docketing statement, filed his brief, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


190729F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

E. HENRY HARMON, Appellant

No. 05-19-00729-CV     V.

NATIONSTAR MORTGAGE/MR. COOPER LLC, GREENPOINT MORTGAGE FUNDING INC. U.S. BANK NATIONAL ASSOCIATION, Appellees

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-04644.
Opinion delivered by Chief Justice Burns. Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee NATIONSTAR MORTGAGE/MR. COOPER LLC, GREENPOINT MORTGAGE FUNDING INC.; and U.S. BANK NATIONAL ASSOCIATION recover their costs of this appeal from appellant E. HENRY HARMON.

Judgment entered August 30, 2019